IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
May 24, 2016

IN RE:

CASEY JOE KELLY and REGINA
TERESA KELLY,

        Debtors.

Case No. 16-10028-M
Chapter 7

## ORDER DENYING CORRECTED
## MOTION TO CONVERT CASE TO CHAPTER 13

THIS MATTER comes before the Court pursuant to the Corrected Motion to Convert Case to Chapter 13 (the "Motion") filed by Casey Joe Kelly and Regina Teresa Kelly, Debtors herein. An evidentiary hearing was held on the Motion on May 24, 2016. Debtors appeared through their attorney, Robert S. Coffey. Also appearing was Scott P. Kirtley, Chapter 7 Trustee. At the hearing, the Court heard argument from the parties. Although Debtors were given the opportunity to present evidence, they declined to do so. At the conclusion of the hearing, the Court issued its findings of facts and conclusions of law into the record in open Court. In accordance with said findings and conclusions,

IT IS HEREBY ORDERED that the Corrected Motion to Convert Case to Chapter 13 filed by Casey Joe Kelly and Regina Teresa Kelly, Debtors herein, at Docket No. 54, be, and the same hereby is, denied.

IT IS FURTHER ORDERED that this case shall continue as a case under Chapter 7 of the United States Bankruptcy Code.

IT IS FURTHER ORDERED that the Clerk of this Court shall give notice of this Order to all creditors and parties in interest.

DATED this 24th day of May, 2016.

BY THE COURT:

TERRENCE L. MICHAEL, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

7022v1